# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARCO GUZMAN,

    Petitioner,　　　　　　　　　　　　3:17-cv-00515-HDM-VPC

vs.

**ORDER**

NEVADA ATTORNEY GENERAL, *et al.*,

    Respondents.

_____/

    In this habeas corpus action, the petitioner, Marco Guzman, who is represented by counsel, was due to file an amended habeas petition by January 2, 2018. *See* Order entered October 2, 2017 (ECF No. 8) (90 days for amended petition).

    On January 2, 2018, Guzman filed a motion for an extension of time (ECF No. 11), requesting a 90-day extension of time, to April 2, 2018, for his amended petition. This would be the first extension of this deadline. Petitioner's counsel states that the extension of time is necessary because of his obligations in other cases, and because of the nature of this case. Respondents do not oppose the motion for extension of time. The court finds that petitioner's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

The court will grant the motion for extension of time.  However, in light of the amount of time Guzman will have had to file an amended petition (about six months), the Court will not look favorably upon any motion to further extend this deadline.

**IT IS THEREFORE ORDERED** that petitioner's Motion for Extension of Time (ECF No. 11) is **GRANTED**.  Petitioner will have until **April 2, 2018**, to file an amended petition for writ of habeas corpus.  In all other respects, the schedule for further proceedings set forth in the order entered October 2, 2017 (ECF No. 8) will remain in effect.

Dated this 2nd day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE