UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MARCO GUZMAN,

                Petitioner,

   v.

ATTORNEY GENERAL, *et al.*,

                Respondents.

Case No. 3:17-cv-00515-HDM-VPC

ORDER

This action is a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Marco Guzman, a Nevada prisoner. The Court appointed counsel for Guzman, and, with counsel, Guzman filed a first amended habeas petition on April 2, 2018 (ECF No. 13). Respondents were due to respond to Guzman's first amended petition by June 1, 2018. *See* Order entered October 2, 2018 (ECF No. 8) (60 days for response to amended petition).

On May 18, 2018, however, Guzman filed a Motion for Leave to File Second Amended Petition (ECF No. 19) and a Motion for Leave to File Exhibits Under Seal (ECF No. 20).

///

///

///

1

**IT IS THEREFORE ORDERED** that respondents' response to the first amended petition will be suspended, pending the resolution of the motions filed by the petitioner on May 18, 2018. The Court will set a new schedule for such response, if necessary, after petitioner's May 18, 2018, motions are resolved.

**IT IS FURTHER ORDERED** that the briefing of the May 18, 2018, motions will be pursuant to LR 7-2(b).

DATED: May 23, 2018.

_____
HOWARD D. MCKIBBEN,
UNITED STATES DISTRICT JUDGE