UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Marco Guzman,
    Petitioner
    v.

Attorney General, *et al.*,
    Respondents.

Case No. 3:17-cv-00515-HDM-CBC

Order

In this habeas corpus action, on October 15, 2018, the petitioner, Marco Guzman, filed a motion for an extension of time (ECF No. 30), requesting a 60-day extension of time, to December 14, 2018, to respond to the respondents' motion to dismiss (ECF No. 28), which was filed on August 14, 2018. This would be the first extension of this deadline. Petitioner's counsel states that the extension of time is necessary because of his obligations in other cases. Respondents do not oppose the motion for extension of time.

The Court finds that petitioner's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for an extension of time. However, the Court determines that the requested 60-day extension is excessive. The Court will grant a 45-day extension. In view of the amount of time Guzman will have had to respond to the motion to dismiss, the Court will not look favorably upon any motion to further extend this deadline.

///

///

1

1    **IT IS THEREFORE ORDERED** that petitioner's Motion for Extension of Time (ECF No. 30) is **GRANTED IN PART AND DENIED IN PART**. The time for the petitioner to respond to the motion to dismiss (ECF No. 28) is extended by 45 days, to **November 29, 2018**.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered October 2, 2017 (ECF No. 8) will remain in effect.

DATED THIS 17th day of October, 2018.

HOWARD D. MCKIBBEN,
UNITED STATES DISTRICT JUDGE