UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARCO GUZMAN,

    Petitioner,

    v.

ATTORNEY GENERAL, *et al.*,

    Respondents.

Case No. 3:17-cv-00515-HDM-CBC

**ORDER**

In this habeas corpus action, the respondents filed a motion to dismiss on August 14, 2018 (ECF No. 28). The petitioner, Marco Guzman, represented by counsel, filed an opposition to the motion to dismiss (ECF No. 32), along with a motion for leave to conduct discovery (ECF No. 33), on November 29, 2018. Respondents were then to file a reply in support of their motion to dismiss, and a response to the motion for leave to conduct discovery, by December 31, 2018. *See* Order entered October 2, 2017 (ECF No. 8) (30 days for reply in support of motion to dismiss; response to motion for leave to conduct discovery due at same time; December 29 is a Saturday).

On December 6, 2018, apparently believing, inaccurately, that the reply to the motion to dismiss was due on that date, the respondents filed a motion for an extension of time (ECF No. 35), requesting an extension of time to January 20, 2019. January 20, 2019, is a Sunday, and Monday, January 21, 2019, is a holiday, so the extension requested by respondents would actually be to January 22, 2019. Respondents describe the requested extension of time as a 46-day extension; in fact, it would be a 22-day extension – from December 31, 2018, to January 22, 2019.

1  Respondents' counsel states that the extension of time is necessary because of
2  her obligations in other cases, and because of time away from her office. The petitioner
3  does not oppose the motion for extension of time.
4  The Court finds that Respondents' motion for extension of time is made in good
5  faith and not solely for the purpose of delay, and that there is good cause for the
6  requested extension of time. The Court will grant the requested extension of time.
7  The Court *will not be inclined to further extend this deadline.* And, furthermore,
8  the Court will not look favorably upon any motion by the petitioner to extend the time to
9  file his reply in support of his motion for leave to conduct discovery (Petitioner will have
10  20 days to file that reply. *See* Order entered October 2, 2017 (ECF No. 8).).

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 35) is **GRANTED**. The respondents will have until **January 22, 2019**, to file their reply in support of their motion to dismiss and their response to the petitioner's motion for leave to conduct discovery.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered October 2, 2017 (ECF No. 8) will remain in effect.

DATED THIS  6th  day of ___December___, 2018.

_____
HOWARD D. MCKIBBEN,
UNITED STATES DISTRICT JUDGE