UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARCO GUZMAN,<br><br>    Petitioner,<br><br>    v.<br><br>ATTORNEY GENERAL, *et al.*,<br><br>    Respondents. | Case No. 3:17-cv-00515-HDM-CLB<br><br>**ORDER** |

In this habeas corpus action, the respondents were due to respond to Petitioner Marco Guzman's third amended petition for writ of habeas corpus by April 19, 2021. *See* Order entered January 19, 2021 (ECF No. 54).

On April 19, 2021, Respondents filed a motion for extension of time (ECF No. 57), requesting a 45-day extension, to June 3, 2021. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases. Petitioner, represented by appointed counsel, does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 57) is **GRANTED**. Respondents will have until and including June 3, 2021, to respond to the third amended petition for writ of habeas corpus.

///

///

///

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered January 19, 2021 (ECF No. 54) will remain in effect.

DATED THIS 22nd day of April, 2021.

_____
HOWARD D. MCKIBBEN,
UNITED STATES DISTRICT JUDGE