UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARCO GUZMAN,

    Petitioner,

    v.

ATTORNEY GENERAL, *et al.*,

    Respondents.

Case No. 3:17-cv-00515-HDM-CLB

**ORDER**

    In this habeas corpus action, after an initial 90-day period, and then a 45-day extension of time, the respondents were due to respond to Petitioner Marco Guzman's third amended petition for writ of habeas corpus by June 3, 2021. *See* Order entered January 19, 2021 (ECF No. 54) (90 days for response); Order entered April 22, 2021 (ECF No. 58) (45-day extension).

    On June 3, 2021, Respondents filed a motion for extension of time (ECF No. 59), requesting a further 40-day extension of time, to July 13, 2021. Respondents' counsel states that the extension of time is necessary because of her obligations in another case. Petitioner, represented by appointed counsel, does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time requested.

    **IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 59) is **GRANTED**. Respondents will have until and including July 13, 2021, to respond to the third amended petition for writ of habeas corpus.

///

///

///

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered January 19, 2021 (ECF No. 54) will remain in effect.

DATED THIS 7th day of June, 2021.

_____
HOWARD D. MCKIBBEN,
UNITED STATES DISTRICT JUDGE