UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARCO GUZMAN,<br><br>    Petitioner,<br><br>    v.<br><br>ATTORNEY GENERAL, *et al.*,<br><br>    Respondents. | Case No. 3:17-cv-00515-HDM-CLB<br><br>**ORDER** |

    In this habeas corpus action, the respondents filed a motion to dismiss (ECF No. 63) on July 27, 2021. Petitioner Marco Guzman, represented by appointed counsel, was due to file a response to that motion by September 27, 2021. *See* Order entered January 19, 2021 (ECF No. 54) (60 days for response).

    On September 27, 2021, Petitioner filed a motion for extension of time (ECF No. 65), requesting a 60-day extension of time, to November 26, 2021. Petitioner's counsel states that the extension of time is necessary because of his obligations in other cases. Respondents do not oppose the motion for extension of time.

    The Court finds that Petitioner's motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time requested.

    **IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 65) is **GRANTED**. Petitioner will have until and including **November 26, 2021**, to respond to Respondents' motion to dismiss.

///

///

///

///

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered January 19, 2021 (ECF No. 54) will remain in effect.

DATED THIS 28th day of September, 2021.

_____
HOWARD D. MCKIBBEN,
UNITED STATES DISTRICT JUDGE