UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARCO GUZMAN,

    Petitioner,

v.

ATTORNEY GENERAL, *et al.*,

    Respondents.

Case No. 3:17-cv-00515-HDM-CLB

**ORDER**

In this habeas corpus action, the respondents filed a motion to dismiss (ECF No. 63) on July 27, 2021. After a 60-day initial period and a 60-day extension of time, Petitioner Marco Guzman, represented by appointed counsel, was due to file a response to the motion to dismiss by November 29, 2021. *See* Order entered January 19, 2021 (ECF No. 54) (60 days for response); Order entered September 28, 2021 (60-day extension) (November 26 was a holiday; November 27 and 28 were a weekend.).

On November 29, 2021, Petitioner filed a motion for extension of time (ECF No. 67), requesting a further 30-day extension of time, to December 29, 2021. Petitioner's counsel states that the extension of time is necessary because of his obligations in other cases. Respondents do not oppose the motion for extension of time.

The Court finds that Petitioner's motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time requested. The Court will grant the requested extension of time.

However, in view of the amount of time that Petitioner will have had to respond to the motion to dismiss—about five months—no additional extensions of time will be granted.

///

///

1

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 67) is **GRANTED**. Petitioner will have until and including **December 29, 2021**, to respond to Respondents' motion to dismiss.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered January 19, 2021 (ECF No. 54) will remain in effect.

DATED THIS 30th day of November, 2021.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE