UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARCO GUZMAN,

    Petitioner,

v.

CALVIN JOHNSON, *et al.*,

    Respondents.

Case No. 3:17-cv-00515-HDM-CLB

**ORDER**

    In this habeas corpus action, after a 120-day period following the resolution of the respondents' motion to dismiss, Respondents were due to file an answer by June 24, 2022. *See* Order entered February 24, 2022 (ECF No. 74).

    On June 24, 2022, Respondents filed a motion for extension of time (ECF No. 75), requesting a 60-day extension of time, to August 23, 2022. Respondents' counsel states that the extension of time is necessary because of personal health issues. The petitioner does not oppose the motion for extension of time.

    The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time requested.

    **IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 75) is **GRANTED**. Respondents will have until and including **August 23, 2022**, to file their answer.

///

///

///

///

///

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered January 19, 2021 (ECF No. 54) will remain in effect.

DATED THIS 27th day of June, 2022.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE