UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARCO GUZMAN,<br><br>  Petitioner,<br><br> v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>  Respondents. | Case No. 3:17-cv-00515-HDM-CLB<br><br>**ORDER** |

In this habeas corpus action, after a 120-day period following the resolution of the respondents' motion to dismiss, and a 60-day extension of time, Respondents were due to file an answer by August 23, 2022. *See* Order entered February 24, 2022 (ECF No. 74) (resolving motion to dismiss); Order entered June 27, 2022 (60-day extension).

On August 23, 2022, Respondents filed a motion for extension of time (ECF No. 77), requesting a further 45-day extension of time, to October 7, 2022. Respondents' counsel states that the extension of time is necessary because of the demands of her current case load and because Guzman's petition includes numerous claims. Guzman does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time requested. The Court will grant the extension of time as requested. However, in view of the amount of time that Respondents will have had to file their answer—over seven months—*the Court will not look favorably upon any further motion to extend this deadline.*

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 77) is **GRANTED**. Respondents will have until and including **October 7, 2022**, to file their answer.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered January 19, 2021 (ECF No. 54) will remain in effect.

DATED THIS 24th day of August, 2022.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE